Department. July, 1894.) Action by Esther Y. McCarthy against Eugene McCarthy and others. No opinion. Order affirmed, with $10 costs and disbursements.

McCLAVE, Appellant, v. GIBB, Respondent. (Superior Court of New York City, General Term. January 7, 1895.) Action by John McClave against John Gibb. Parsons, Shepard & Ogden, for appellant. Wm. B. Ellison, for respondent.

McADAM, J. Under the pleadings, as construed by us on the separate appeal taken from the judgment dismissing the complaint, the matters in respect to which the plaintiff claims to have been surprised were not material, and there was therefore no legal reason why a new trial should have been granted, and, for that reason, the order denying the motion must be affirmed, with costs.

McCREADY v. WHALEY. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Caroline A. McCready against William Whaley, as administrator. No opinion. Order affirmed, with $10 costs and disbursements.

McCURDY et al., Appellants, v. NEW YORK LIFE INS. & TRUST CO., Respondent. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Delos McCurdy and another against the New York Life Insurance & Trust Company. R. E. Robinson, for respondent. No opinion. Judgment affirmed on opinion on previous appeal.

McGREEVEY, Respondent, v. BUFFALO RY. CO., Appellant. (Superior Court of Buffalo, General Term. July, 1894.) Action by Mary McGreevey, as administratrix, against the Buffalo Railway Company. No opinion. Judgment and order appealed from affirmed, with costs.

McINERNY, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondent. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by John McInerny against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs.

McMARTIN et al., Respondents, v. KENNEDY et al., Appellants. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by Susan J. McMartin and others against Thomas F. Kennedy and others. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

McNULTY v. WOOLSEY et al. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Martha McNulty against Edward J. Woolsey and others. Root & Clarke, for plaintiff. W. W. Culver, for defendants. No opinion. Motion granted, with $10 costs.

MACY v. WILLIAMS et al. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by J.ᴼ W. Macy, as trustee, etc., for J. D. Hildick, against D. Williams and I. M. Hunt, executors, etc. No opinion. Order affirmed, with costs.

MACY v. WILLIAMS et al. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by J. W. Macy, as trustee for M. A. Guion, against D. T. Williams and I. M. Hunt, as executors. No opinion. Order affirmed, with costs.

MAYOR, ETC., OF CITY OF NEW YORK v. WINTERMEYER et al. (Common Pleas of New York City and County, General Term. December 3, 1894.) Action by the mayor, etc., of the city of New York against Wintermeyer and another. W. H. Clark, for plaintiff. Hayman & Rosenthal, for defendants.

PER CURIAM. The motion should be granted, as the corporation counsel states, in answer to a special inquiry I directed to be made, that he has no papers to submit.

MENGIS v. FIFTH AVE. RY. CO. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Morris C. Mengis against the Fifth Avenue Railway Company. No opinion. Motion granted on defendant's giving bond in penalty of $1,000 to indemnify plaintiff against any depreciation of bonds below 90, their present value. See 30 N. Y. Supp. 999.

MORAN, Appellant, v. DARCY, Respondent. (City Court of New York, General Term. December 17, 1894.) Action by Denis W. Moran against John Darcy. James Kearney, for appellant. Max Bayersdorfer, for respondent.

FITZSIMONS, J. The order appealed from must be affirmed. The moneys in question must be deemed the personal earnings of the judgment debtor, although, in earning it, he was aided by others. He superintended the work, and performed all the labor that he could reasonably do, considering his state of health, so that his aid and services very materially contributed to the earning of the sum in dispute. The facts and circumstances of this can justify us in this case in determining that the said sum of money is the earnings of defendant for his personal service, and therefore is exempt from levy. Order affirmed, with costs.

MORIURO et al., Respondents, v. NEIVA et al., Appellants. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Ichibaro Moriuro and others against Mukuro Neiva and others. No opinion. Order denying motion to punish for contempt affirmed, without costs.

MORIURO et al., Respondents, v. NEIVA et al., Appellants. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Ichibaro Moriuro and others against Mukuro Neiva and others. G. W. Gibbons, for appellant. Y. D. Deckert, for respondent. No opinion. Motion to open default granted upon payment of costs and disbursements, referee's fees and allowance contained in the judgment, and costs and disbursements of appeal, with a waiver of all costs or disbursements which may have been incurred in the contempt proceedings, and also upon appeal from order denying motion to punish for contempt. Upon those terms, the defendant should be allowed to come in and defend in the action for an accounting.

MORRIS, Respondent, v. MORRIS et al., Appellants. (Supreme Court, General Term, Fourth Department. September, 1894.) In the matter of William Morris, an alleged lunatic. No opinion. Order affirmed, with $10 costs and disbursements.

In re MURPHY. (Supreme Court, General Term, First Department. December 14, 1894.) No opinion. Order affirmed, with $10 costs and disbursements.

MYGATT et al., Respondents, v. COE, Appellant. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Sarah M. Mygatt and another, as surviving trustees, etc., against George S. Coe. Wm. S. Cogswell, for appellant. Edward M. Grout, for respondent.

PER CURIAM. This action was brought to recover damages for breach of defendant's covenants of quiet enjoyment and of warranty. The case has been three times tried, twice appealed to this court, and twice to the court of appeals. 44 Hun, 31; 124 N. Y. 212, 26 N. E. 611; 20 N. Y. Supp. 748; 142 N. Y. 78, 36 N. E. 870. In view of the discussion which this case has already provoked, it would serve no useful purpose to ventilate anew either the law or the facts; it being sufficient to say that, apart from